RECEIVED
IN MONROE, LA
AUG 2 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **KAREEM ABDUL MOORE** | **CIVIL ACTION NO. 05-0494** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHARD FEWELL, ET AL** | **MAG. JUDGE JAMES D. KIRK** |

## RULING

On April 8, 2005, Plaintiff Kareem Abdul Moore, acting *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 30, 2005, Magistrate Judge James D. Kirk issued a report recommending that Moore's petition be dismissed with prejudice as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915. A copy of this Report and Recommendation was forwarded to Moore at the David Wade Correctional Center, his last known place of confinement. The Report and Recommendation was returned to the Clerk of Court on July 21, 2005, marked "discharged."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on July 21, 2005. As of August 25, 2005, Moore has failed to advise the Court of his new address The thirty day period within which Moore was required to notify the Court of his new address has expired.

Accordingly, IT IS ORDERED that Moore's civil rights action is DISMISSED WITHOUT

PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 26 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE